FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 18 A II: 42

CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

VICTOR GARCIA,

        Plaintiff,

    vs.

Lt. P. BARNARD; T. PRICE;
M. DOEBLIN; L. VICE; FNUK
MEDDERS; FNUK SPELL;
L. JAMES; M. SUMNER; ROBERT
McFADDEN; RONNIE HOLT;
KATHY LANE; HARLEY C.
LAPPIN, and HARRELL WATTS,

        Defendants.

CIVIL ACTION NO.: CV205-082

## O R D E R

Plaintiff, an inmate incarcerated at the Federal Correctional Institution in Jesup, Georgia, submitted a complaint to be filed. Plaintiff neither paid the filing fee nor submitted a motion and affidavit to proceed *in forma pauperis*. On April 15, 2005, the Clerk of Court served Plaintiff with a deficiency notice. Plaintiff was given twenty days to either pay the filing fee or submit a properly completed Motion to Proceed *in forma pauperis*. Plaintiff was advised that his failure to respond to said deficiency notice might result in the dismissal of this case. Plaintiff has failed to respond to said deficiency notice. Accordingly, Plaintiff's complaint is **DISMISSED**, without prejudice.

**SO ORDERED**, this 18 day of ___May___, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

GARCIA
_____ )

vs                      )          CASE NUMBER  CV205-82

BARNARD, ET AL          )          DIVISION     BRUNSWICK
_____ )

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.   Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.   That the aforementioned enveloped contained a copy of the document dated 5/18/05 _____, which is part of the official record of this case.

Date of Mailing:        5/18/05

Date of Certificate     ☒ same date,      or  _____

Scott L. Poff,  Clerk

By:  _____
     Sherry Taylor, Deputy Clerk

Name and Address

Victor Garcia, 38079-054, FCI Jesup, 2650 Highway 301 S, Jesup, GA 31599

☐  Copy placed in Minutes
☒  Copy given to Judge
☐  Copy given to Magistrate